◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY RICHARD, Appellant. [993 NYS2d 922]—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County, (Hudson, J.), imposed May 21, 2013, upon his conviction of arson in the third degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255-257 [2006]). Balkin, J.P., Chambers, Miller and Hinds-Radix, JJ., concur.